UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMARA ACHILE, )<br>  )<br>            Plaintiff, )<br>   vs. )<br>  )<br> EXPERIAN INFORMATION )<br> SOLUTIONS, INC., TRANS UNION )<br> LLC, FIRST BANK & TRUST, and )<br> MERCURY FINANCIAL LLC, )<br>  )<br>            Defendants. ) | Civil Action No. 1:24-cv-00887-LJL |

## ORDER

Defendant Experian Information Solutions, Inc. ("Experian") has filed with the Court a Stipulation for Extension of Time to Answer or Otherwise Respond to Plaintiff's First Amended Complaint (ECF No. 5). The Court, having reviewed the Stipulation, and good cause appearing therefore, ORDERS:

Experian's Stipulation is GRANTED, and Experian shall answer or otherwise respond to Plaintiff's First Amended Complaint on or before April 3, 2024.

Dated: March 7, 2024

_____
Hon. Lewis J. Liman
Judge, United States District Court